**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6121

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALDI RAMON CABAN,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:06-cr-01208-BHH-5)

Submitted:  August 5, 2022                          Decided:  August 12, 2022

Before MOTZ, WYNN, and QUATTLEBAUM, Circuit Judges.

Dismissed and remanded by unpublished per curiam opinion.

Aldi Ramon Caban, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aldi Ramon Caban seeks to appeal the district court's order denying his motion for compassionate release. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved all claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Our review of the record reveals that the district court did not adjudicate the claims raised in Caban's motion for compassionate release. *Id.* at 696-97. Specifically, the court did not address Caban's assertion that he is no longer a career offender, instead addressing issues related to the COVID-19 pandemic that were not raised by Caban. We therefore conclude that the order Caban seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.

Accordingly, we dismiss the appeal for lack of jurisdiction and remand to the district court for consideration of the unresolved claims. *Id.* at 699. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*